JS-6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 6 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAMES ERNEST ROJO, | Case No. CV 09-2762-R (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| DAVID BONNHEIM, et al., | |
| Defendants. | |

IT IS ADJUDGED that this action be dismissed with prejudice.

Dated: July 6, 2009

Manuel L. Real
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY